IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:87MJ102 |
| | ) | |
| V. | ) | |
| | ) | |
| BYRON RED KETTLE, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

    I am advised that due to the age of this case the information sought by the defendant is no longer available. Moreover, even if it were available, I would not grant the recently filed motions for a variety of sufficient reasons.

    IT IS THEREFORE ORDERED that the defendant's motion for transcripts (filing 2) and motion for leave to proceed in forma pauperis (filing 3) are denied.

    DATED this 18th day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge